734 A.2d 1278

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Mark A. WILLOUGHBY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Marshall J. Piccinini, Erie, Robert A. Graci, Harrisburg, for Com.

Joseph P. Burt, Erie, for Mark Willoughby.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated September 17, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.